Yitzchak Zelman (NY State Bar No. 5086509)
*Admitted Pro Hac Vice*
yzelman@MarcusZelman.com
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (845) 367-7146
Facsimile:  (732) 298-6256

Attorneys for Plaintiff
ETA TIKOTZKY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ETA TIKOTZKY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MAINSTREET REALTORS, <br><br> Defendant. | Case No. 5:19-cv-01493-MCS-SHK |

# NOTICE OF SETTLEMENT

Counsel for Plaintiff hereby provides notice to the Court that the parties have reached an agreement on all material terms required to settle all of Plaintiff's individual claims against Defendant MAINSTREET REALTORS in this action. The class claims will be dismissed without prejudice.  The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time the Plaintiff shall file a Stipulation of Dismissal.

Date: January 11, 2021

**MARCUS & ZELMAN, LLC**

/s/ Yitzchak Zelman

Yitzchak Zelman, Esq.
*Counsel for Plaintiff and the Class*